**SO ORDERED.**

**SIGNED this 29 day of April, 2019.**



_____
John T. Laney, III
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EDWARD D. JOHNSON, | | |
| BAERBEL P. JOHNSON, | : | CASE NO. 16-40946-JTL |
|    Debtor | | |
| | : | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST AS OWNER TRUSTEE OF MATAWAIN VENTURES TRUST SERIES 2017-2. | | |
|    Movant | | |
| | : | |
| v. | | |
| | : | |
| EDWARD D. JOHNSON, | | |
| BAERBEL P. JOHNSON,, | | |
|    Respondent | : | |

ORDER ON MOTION FOR RELIEF FROM STAY

    The above styled Motion having been set down for a hearing before this Court on the 25th day of March 2019, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest:

    IT IS HEREBY ORDERED, that the relief from stay sought by the Motion in this case is hereby denied, as to the property known as 6112 Abbey Dr., Columbus, GA 31909-4365,

it being the conclusion of the Court that the interest of the Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED, that the post-petition payment arrearage through March 22, 2019 is $9,023.32, which consists of thirteen (13) post-petition payments of $663.90 each (March 2018 through March 2019), property inspection fees of $75.00, reasonable attorney's fees in the amount of $500.00 and court costs of $181.00, less the sum of $363.38 in suspense.

FURTHER ORDERED, that attorney's fees and costs in the amount of $681.00 are awarded and will be paid through the Chapter 13 plan. Debtor will increase plan payments as necessary to payout the claim. Movant shall file a Proof of Claim for said fees and costs.

FURTHER ORDERED, that the remaining arrearage in the amount of $8,342.32 will be cured in eight (8) equal cure payments of $926.93 each and one(1) final unequal payment of $926.88, the first cure payment being due on May 1, 2019 and successive payments due on the same day of each month thereafter until paid in full, the cure payments being in addition to the regular monthly payments. Debtor shall resume making regular monthly payments with the April 2019 payment.

FURTHER ORDERED, for eighteen (18) months that a future default by Debtors in payment of any sum due to Movant as specified herein or under the mortgage may result in an order terminating the automatic stay as requested by Movant in the original motion in this case, based upon Affidavit of Movant duly served upon Debtors and Counsel, stating that fifteen (15) days' written notice of default has been given to the Debtors and to Counsel for Debtors and that said default has not been cured within said fifteen (15) days from receipt of such notice.

END OF DOCUMENT

READ AND APPROVED:

*/s/ Brace W. Luquire*
Brace W. Luquire, Attorney for Debtor

*/s/ Jon DeLoach, Bar No. 217220*
Office of the Chapter 13 Trustee

ORDER PREPARED BY:

*/s/ Daniel L. Wilder*
EMMETT L. GOODMAN, JR., LLC
BY DANIEL L. WILDER, Bar No. 141448
Attorney for Movant
544 Mulberry Street, Ste. 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org